UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20119-CR-UNGARO

UNITED STATES OF AMERICA

v.

DAVID ZARAGOZA,

    Defendant.
_____/

ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendant's Motion to Suppress Statements. (D.E. 46.)

THE COURT has considered the record as a whole and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who, on July 27, 2012, issued a report recommending that the motion be denied. (D.E. 80.) The parties were afforded the opportunity to file objections to the Report; no objections were filed. Accordingly, upon *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 80) is RATIFIED, ADOPTED, and AFFIRMED:  The Motion (D.E. 46) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of August, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:  counsel of record